# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. MARTINEZ, ELIDA ARIAS, JOSEPH D. MARTINEZ, AND JESSE L. MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY WESTER, et als., <br><br> Defendants. | CASE NO. 1:13-cv-00320-LJO-SMS <br><br> ORDER DENYING PLAINTIFFS' MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFFS TO FILE NEW IFP APPLICATION <br><br> (Doc. 3) |

By a motion filed March 4, 2013, Plaintiffs Jose J. Martinez, Elida Arias, Joseph D. Martinez, and Jesse Martinez seek to proceed *in forma pauperis*. The four Plaintiffs are members of the same family and reside together. Plaintiffs submitted a declaration that made little economic sense and appears incomplete. Particularly puzzling is Plaintiffs' ability to own investment property and carry $260,000 in mortgage loans on their residence. Compared to Kelly Blue Book values for private-party sales, Plaintiffs' two BMW automobiles appear substantially undervalued. In addition, Plaintiffs' reported income is clearly insufficient to address even the minimal expenses of a six-person household.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* and directs Plaintiffs to submit within thirty days a new application completely setting forth their income and expenses. Plaintiffs may include an additional declaration under oath setting whatever factual information may be necessary to fully explain their financial situation.

IT IS SO ORDERED.

Dated:   March 8, 2013                           /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE